Charles CLEVEN, Respondent,

v.

MARVIN WINDOWS, Relator,

and

Self–Insured, administered by
CompCost, Inc., Insurer.

No. C3–00–305.

Supreme Court of Minnesota.

June 13, 2000.

Arthur, Chapman Kettering, Smetak & Pikala, P.A., James S. Pikala and Christine L. Tuft, Minneapolis, for relator.

Hazelton & Rodgers, P.C., Mark L. Rodgers, Bemidji, for respondent.

O R D E R

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed January 27, 2000, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
Russell A. Anderson
Associate Justice